| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender<br>REGGIE ALIGADA<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, California 93721-2226<br>Telephone: (559) 372-0306<br><br>Attorneys for Defendant<br>ANDREW McFERRIN | **FILED**<br><br>JUL 3 0 2010<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW McFERRIN,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 09-mj-00133<br><br><br><br>STIPULATION TO EXTEND PROBATION TO<br>PERMIT FINE PAYMENT AND [PROPOSED]<br>ORDER |

　　　　The following stipulation is entered into by the Defendant, Andrew McFerrin, and his attorney of record, Reggie Aligada and Susan St. Vincent, the acting legal officer for the National Park Service. The defendant was sentenced on July 14, 2009 after entering a guilty plea to DUI > .08. The sentence included unsupervised probation for 12 months, and payment of a fine of $1190 and $10 penalty assessment.

　　　　The defendant was deployed with the National Guard overseas from August of 2009 through March of 2010. The defendant has experienced significant financial hardship recently and has not been able to pay the fine. He is now employed and will be able to make installment payments. Thus, the parties hereby stipulate:

1.　　　　The defendant shall pay $300 monthly beginning on August 31, 2010.

2.　　　　Subsequent $300 payments will be made on September 30, 2010, October 31, 2010 and November 30, 2010.

Nitz Motion to Withdraw

3.  The period of unsupervised probation shall be extended until December 1, 2010.

The parties request that a review hearing to be scheduled after the final payment is made.

Dated: July 30, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Reggie Aligada
                                        REGGIE ALIGADA
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Andrew McFerrin

Dated: July 30, 2010

                                        /s/ Susan St. Vincent
                                        Susan St. Vincent
                                        Acting Legal Officer for
                                        National Park Service

* * * ORDER * * *

The Court, having reviewed the above stipulation hereby orders:

1. The defendant shall pay $300 monthly beginning on August 31, 2010.
2. Subsequent $300 payments will be made on September 30, 2010, October 31, 2010 and November 30, 2010.
3. The period of unsupervised probation shall be extended until December 1, 2010.

A review hearing shall be scheduled for _____.

IT IS SO ORDERED:

Dated: 7-29, 2010.

_____
Edmund F. Brennan
United States Magistrate Judge
Eastern District of California